ORIGINAL

FILED

04/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0233

## IN SUPREME COURT FOR THE STATE OF MONTANA

\* \* \* \* \*

LEONARD HIGGINS,

   Appellant,

vs.

STATE OF MONTANA,

   Respondent.

)
)
)
)
)
)
)
)
)
)
)

Cause No. DA 18-0233

**ORDER ON MOTION TO WITHDRAW
AS ATTORNEY OF RECORD**

Upon review of the *Motion to Withdraw as Attorney of Record*, filed by Herman A. Watson, IV,

as counsel for the respondent, Leonard Higgins, in this case, the Court now enters the following order:

IT IS HEREBY ORDERED, that Herman A. Watson, IV, be withdrawn as attorney of record.

Dated this 3rd day of April, 2020.

**HONORABLE MIKE MCGRATH**
MONTANA SUPREME COURT JUDGE

cc: [ ] Herman A. Watson, IV
  [ ] Steven Gannon, Prosecutor
  [ ] Leonard Higgins (via attorney)

FILED

APR 03 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

- 1 -